**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Maurice A. DAVIS, Jr., Petitioner**

**No. 83 WAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Gregory Leroy PACKER, Petitioner**

**No. 123 MAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**Michael B. SELIG, Petitioner**

v.

**The ZONING HEARING BOARD OF NORTH WHITEHALL TOWNSHIP, Respondent**

**No. 90 MAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal, Application to File Supplement to the Petition for Allowance of Appeal, and the Application to Amend are **DENIED**.